UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON WIAND, as
Receiver for EquiAlt
LLC, EquiAlt Fund,
LLC, EquiAlt Fund II,
EA SIP, LLC, EquiAlt
Secured Income Portfolio
REIT,

      Plaintiff,              Case No.: 8:21-cv-00361

vs.

FAMILY TREE ESTATE
PLANNING, LLC, et al

      Defendants.
_____/

**DEFENDANT JOE PRICKETT'S MOTION TO DISMISS THE
PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(6) FED.R.CIV.P.**

Defendant JOE PRICKETT, by and through his undersigned counsel, files this Motion to Dismiss Plaintiff's Complaint pursuant to Rule 12(b)(6) Fed.R.Civ.P. In support of the Motion, the Defendant states as follows:

**PERTINENT PROCEDURAL HISTORY**

1. Plaintiff BURTON WIAND, as Receiver (the "RECEIVER") for EquiAlt LLC, EquiAlt Fund, LLC, EquiAlt Fund II, EA SIP, LLC, EquiAlt Secured Income Portfolio REIT (collectively referred to as the "EQUIALT ENTITIES"), filed a Complaint against numerous parties on February 13, 2021 (Docket Entry 1).

2. As will be shown below, the two causes of action set forth in the Complaint fail to state a claim upon which relief can be granted as to JOE PRICKETT.

1 of 3

Burton Wiand, et al v. Family Tree Estate Planning, LLC, et al
Case No.: 8:21-cv-00361
Defendant Joe Prickett's Motion to Dismiss

## LEGAL ARGUMENT

3.  The Complaint asserts causes of action pursuant to the Uniform Fraudulent Transfer Act (Count I) and Unjust Enrichment (Count II).

4.  The Complaint contains only a few passing references to Defendant JOE PRICKETT and states in pertinent part as follows:

> *40.  Defendant J Prickett Agency ("Prickett Agency") is a Kansas corporation with a principal place of business in Wichita, Kansas.*
>
> *41.  Defendant Joe Prickett is, and was at all times mentioned herein, an individual citizen of the state of Kansas and currently resides in that state. Defendant Prickett is the principal of Prickett Agency.* ***The transfers the Receiver seeks to recover from Prickett Agency and Prickett are set forth in Exhibit 1 at page 66*** *[Emphasis added].*

5.  A review of the Complaint, Exhibit 1, pages 66-67, reveals that the alleged transfers were all made to "Joe Prickett **Agency** [Emphasis added]."

6.  The Eleventh Court has addressed the issue of pleadings and attachments and stated as follows:

> When it comes to accepting as accurate an exhibit attached to a complaint, we follow the same general pleading standards that apply under Federal Rule of Civil Procedure 8. "[M]ere conclusory statements[ ] do not suffice." Iqbal, 556 U.S. at 678, 129 S.Ct. 1937. So when exhibits attached to a complaint "contradict the general and conclusory allegations of the pleading, the exhibits govern" [citations omitted].

Gill as Next Friend of K.C.R. v. Judd, 941 F.3d 504, 514 (11th Cir. 2019).  See also Eiras v. Fla., 239 F. Supp. 3d 1331, 1342 (M.D. Fla. 2017) ("Although the Court must construe all factual allegations in favor of Plaintiff at this stage, when the Court considers exhibits attached to a motion to dismiss, and those exhibits directly contradict the allegations in the pleading, the exhibits govern.").

7.  Exhibit 1 to the Complaint negates the allegation that JOE PRICKETT received

Burton Wiand, et al v. Family Tree Estate Planning, LLC, et al
Case No.:  8:21-cv-00361
Defendant Joe Prickett's Motion to Dismiss

any of the transfers which are the subject of the Complaint and warrants dismissal of the Complaint for failure to state a claim upon which relief can be granted. See Eiras v. Fla., 239 F. Supp. 3d at 1343 ("Accordingly, the Warrant negates [Plaintiff's] general allegation … and to the extent [Defendant] seeks the dismissal of Count III of the Complaint for failure to state a claim, its Motion is due to be granted").

**WHEREFORE**, Defendant JOE PRICKETT, respectfully requests that this Court grant his motion and issue an order:

    a.    Dismissing Plaintiff's Complaint; and

    b.    Granting the Defendant such other and further relief as the Court deems just and proper.

May 21, 2021

Respectfully submitted,

*s/Jeffrey M. Garber*
Jeffrey M. Garber, Esq.,
FBN:102776
CIKLIN LUBITZ
515 No. Flagler Drive, 20th Floor
West Palm Beach, Florida 33401
Tel: (561) 832-5900/Fax: (561) 833-4219
Email: service@ciklinlubitz.com
        jgarber@ciklinlubitz.com
*Attorneys for J. Prickett Agency and Joe Prickett*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 21, 2021, I electronically filed the foregoing with the Clerk of the Court and the parties of record by using the CM/ECF system.

*s/Jeffrey M. Garber*
Jeffrey M. Garber
*Attorneys for J. Prickett Agency and Joe Prickett*

3 of 3

Burton Wiand, et al v. Family Tree Estate Planning, LLC, et al
Case No.: 8:21-cv-00361
Defendant Joe Prickett's Motion to Dismiss