UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON WIAND, as
Receiver for EquiAlt
LLC, EquiAlt Fund,
LLC, EquiAlt Fund II,
LLC, EquiAlt Fund III,
EA SIP, LLC, EquiAlt
Secured Income Portfolio
REIT,

    Plaintiff,

v.

FAMILY TREE ESTATE
PLANNING, LLC, et al.,

    Defendants.
_____/

Case No.: 8:21-cv-0361-SDM-AAS

### UNOPPOSED MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO PRICKETT MOTION TO DISMISS

Plaintiff Burton Wiand, as Receiver ("Plaintiff" or "Wiand"), by and through his undersigned counsel, hereby files this Unopposed Motion for Further Extension of Time to Respond to the Motion to Dismiss (Doc. 38) (hereinafter, "the Motion") filed by Defendant Joe Prickett ("Prickett"), and in support states as follows:

    1.    Plaintiff filed the instant action on February 13, 2021.

2. Defendant Joe Prickett signed a Waiver of Service of Process on April 27, 2021. Plaintiff filed the Waiver of Service on May 13, 2021.

3. Prickett filed a Motion to Dismiss on May 21, 2021.

4. Plaintiff's response to the Motion was originally due on Friday, June 11, 2021.

5. Plaintiff filed a Motion for Extension of Time to Respond to Prickett's Motion to Dismiss which was granted [Doc. 61] extending the due date for Plaintiff's response to Prickett's Motion to Dismiss to June 25, 2021.

6. Plaintiff requests a further extension of time up to and including July 26, 2021 to respond to the Motion to Dismiss.

7. Pursuant to Local Rule 3.01(g), undersigned counsel has contacted counsel for Defendant Prickett regarding the requested extension and counsel has confirmed that he does not oppose the requested relief.

8. As such, no party will be prejudiced by this Court granting the relief requested.

9. This Motion is filed in good faith and not for purposes of delay.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting its present Motion and providing a further extension, up to and including July 26, 2021, for Plaintiff to respond to Defendant Joe Prickett's Motion to Dismiss.

Respectfully submitted,

**/s/ Katherine C. Donlon**
Katherine C. Donlon, FBN 0066941
kdonlon@jclaw.com
JOHNSON, CASSIDY, NEWLON &
DeCORT, P.A.
2802 N. Howard Avenue
Tampa, FL 33067
Tel: (813) 291-3300
Fax: (813) 324-4629

and

Jared J. Perez, FBN 0085192
jperez@guerraking.com
R. Max McKinley, FBN 119556
mmckinley@guerraking.com
GUERRA KING P.A.
5505 West Gray Street
Tampa, FL 33609
Tel: (813) 347-5100/Fax: (813) 347-5198
*Attorneys for the Receiver Burton W. Wiand*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

**I HEREBY FURTHER CERTIFY** that on June 24, 2021, I caused a copy of the foregoing to be sent via US Mail to all Non-CM/ECF participants listed on the following Service List.

**/s/ Katherine C. Donlon**
Katherine C. Donlon

3

## SERVICE LIST

*Burton Wiand v. Family Tree Estate Planning, LLC, et al.*
*Case No.: 8:21-cv-00361-SDM-AAS*

Seek Insurance Services, LLC
c/o James Gray
13702 W Chaparosa Way
Peoria AZ 85383

James Gray
13702 W Chaparosa Way
Peoria AZ 85383

Edgar Lozano
1442 E Lincoln Avenue, Ste 329
Orange, CA 92865

GIA, Inc.
1442 E Lincoln Avenue, Ste 329
Orange, CA 92865

Patrick Runninger
3961 E. Chandler Blvd., #111-369
Phoenix, AZ 85048

The Financial Group, LLC
c/o Patrick Runninger
3961 E. Chandler Blvd., #111-369
Phoenix, AZ 85048

Rokay Unlimited, LLC
c/o Anthony Spooner
829 St. James Lane
St. George, Utah 84790

Anthony Spooner
829 St. James Lane
St. George, Utah 84790

MASears LLC d/b/a Picasso Group
c/o United States Corporation Agents, Inc.
500 N Rainbow Road, Ste 300A
Las Vegas, NV 89107

DeAndre Sears
9400 Angelfish Drive
Las Vegas, NV 89117