# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BURTON WIAND, as
Receiver for EquiAlt
LLC, EquiAlt Fund,
LLC, EquiAlt Fund II,
LLC, EquiAlt Fund III,
EA SIP, LLC, EquiAlt
Secured Income Portfolio
REIT,

    Plaintiff,

v.

FAMILY TREE ESTATE
PLANNING, LLC, et al.,

    Defendants.

_____/

Case No.: 8:21-cv-0361-SDM-AAS

## PLAINTIFF'S MOTION TO STAY
## FURTHER BRIEFING ON OUTSTANDING MOTIONS TO DISMISS
## PENDING A RULING ON PLAINTIFF'S MOTION FOR LEAVE TO
## FILE AMENDED COMPLAINT

Plaintiff, Burton W. Wiand, as Receiver for EquiAlt LLC, EquiAlt Fund, LLC, EquiAlt Fund II, LLC, EquiAlt Fund III, EA SIP, LLC, and EquiAlt Secured Income Portfolio REIT (collectively, the "**EquiAlt Entities**"), by and through his undersigned counsel, hereby moves the Court for an order staying further briefing on currently outstanding Motions to

Dismiss pending this Court's ruling on Plaintiff's Motion for Leave to File Amended Complaint (Doc. 76), and in support thereof, states as follows:

1. On February 13, 2021, Mr. Wiand, as Receiver for the EquiAlt Entities, filed the Complaint (Dkt. 1) initiating this action against various Defendants.

2. On May 21, 2021, Defendant Joe Prickett filed his Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) Fed. R. Civ. P. (Dkt. 38). Plaintiff's response to Defendant Prickett's Motion to Dismiss is currently due on July 26, 2021.

3. On May 28, 2021, Defendant Jason Jodway filed his Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) and Memorandum of Law (Dkt. 45). Plaintiff's response to Defendant Jodway's Motion to Dismiss is currently due on July 26, 2021.

4. On July 1, 2021, Defendant Todd Elliot filed his Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) and Memorandum of Law (Dkt. 70). Plaintiff's response to Defendant Elliot's Motion to Dismiss is currently due on July 22, 2021.

5. On July 1, 2021, Defendant Barry Wilken filed his Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) and Memorandum of Law (Dkt. 73). Plaintiff's response to Defendant Wilken's Motion to Dismiss is currently due on July 22, 2021.

6. On July 1, 2021, Defendant REIT Alliance Marketing, LLC ("REIT") filed its Motion to Dismiss Pursuant to Fed. R. Civ. P 12(b)(6) and Memorandum of Law (Dkt. 74). Plaintiff's response to Defendant REIT's Motion to Dismiss is currently due on July 22, 2021.

7. In addition to the instant Motion, Plaintiff is contemporaneously filing his Motion for Leave to File Amended Complaint (the "Motion for Leave"), which, if granted, will render each of the aforementioned Motions to Dismiss moot. *See e.g., Southern Pilot Ins. Co. v. CECS, Inc.*, 15 F.Supp.3d 1284, 1287 n. 1 (N.D. Ga. 2013) (citing *Dresdner Bank AG v. M/V Olympia Voyager*, 463 F.3d 1210, 1215 (11th Cir. 2006); *Fritz v. Standard Sec. Life Ins. Co.*, 676 F.2d 1356, 1358 (11th Cir. 1982)).

8. It is widely recognized that courts have broad discretion in granting stays. *See e.g., Clinton v. Jones,* 520 U.S. 681, 706 (1997) (explaining district courts have "broad discretion to stay proceedings as an incident to it power to control is own docket.").

9. Therefore, in order to promote judicial efficiency, Plaintiff files the instant Motion so as to stay additional briefing on the above Motions to Dismiss which will be unnecessary if Plaintiff's Motion for Leave is granted.

WHEREFORE Plaintiff, Burton W. Wiand, as Receiver for the EquiAlt Entities, respectfully requests this Court enter an order (i) granting this Motion, (ii) staying further briefing on the aforementioned Motions to Dismiss pending this Court's ruling on the Motion for Leave, and (iii) granting Plaintiff any such further relief that the Court deems just and proper.

## **LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned hereby certifies that she has conferred, via email on July 20, 2021, with counsel for each of the above-mentioned Defendants in this action that have filed a Motion to Dismiss and only Defendant Wilken objects to the relief sought.

Dated: July 21, 2021

                                        Respectfully submitted,

                                        s/ **Katherine C. Donlon**
                                        Katherine C. Donlon, FBN 0066941
                                        kdonlon@jclaw.com
                                        **JOHNSON, CASSIDY, NEWLON & DECORT P.A.**
                                        2802 N. Howard Avenue
                                        Tampa, Florida 33607
                                        Tel.: (813) 291-3300

and

Jared J. Perez, FBN 0085192
jperez@guerraking.com
R. Max McKinley, FBN 119556
mmckinley@guerraking.com
GUERRA KING P.A.
5505 West Gray Street
Tampa, FL 33609
Tel: (813) 347-5100

Attorneys for the Receiver Burton W. Wiand

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 21, 2021, I electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send notification of electronic filing to all counsel of record.

I HEREBY FURTHER CERTIFY that on July 22, 2021, I will cause a copy of the foregoing to be sent via US Mail to all Non-CM/ECF participants listed on the following Service List.

s/ **Katherine C. Donlon**

## SERVICE LIST
*Burton Wiand v. Family Tree Estate Planning, LLC, et al.*
*Case No.: 8:21-cv-00361-SDM-AAS*

Seek Insurance Services, LLC
c/o James Gray
13702 W Chaparosa Way
Peoria AZ 85383

James Gray
13702 W Chaparosa Way
Peoria AZ 85383

Patrick Runninger
3961 E. Chandler Blvd., #111-369
Phoenix, AZ 85048

The Financial Group, LLC
c/o Patrick Runninger
3961 E. Chandler Blvd., #111-369
Phoenix, AZ 85048

Rokay Unlimited, LLC
c/o Anthony Spooner
829 St. James Lane
St. George, Utah 84790

Anthony Spooner
829 St. James Lane
St. George, Utah 84790

MASears LLC d/b/a Picasso Group
c/o United States Corporation Agents, Inc.
500 N Rainbow Road, Ste 300A
Las Vegas, NV 89107

DeAndre Sears
9400 Angelfish Drive
Las Vegas, NV 89117