UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON WIAND, as Receiver for EquiAlt LLC, EquiAlt Fund, LLC, EquiAlt Fund II, LLC, EquiAlt Fund III, EA SIP, LLC,

    Plaintiff,

v.

FAMILY TREE ESTATE PLANNING, LLC, et al.,

    Defendants.

_____/

Case No.: 8:21-cv-0361-SDM-AAS

**PARTIES' AGREED OBJECTION TO
COURT'S REFERRAL TO MEDIATION**

The represented parties in this case, Plaintiff Burton W. Wiand, as Receiver, ("Plaintiff"), and Defendants American Financial Investments, LLC, American Financial Security, LLC, Family Tree Estate Planning, LLC, Tim Laduca, Marketing Dynamics Inc., Ronald Stevenson, Jason Wooten, Joseph Financial Inc., Bobby Armijo, J. Prickett Agency, Joe Prickett, Live Wealthy Institute, LLC, Dale Tenhulzen, Agents Insurance Sales, Ernest Babbini, John Friedrichsen, Lifeline Innovations & Insurance Solutions LLC, John Marques, Ben Mohr, Barry Neal, Greg Talbot, Barry Wilken, J. Wellington, Jason

Jodway, Elliot Financial Group, Inc. and Todd Elliott, by counsel, hereby file this objection to the Court's Order regarding mediation (Doc. 122), filed on October 20, 20201.

1. The Parties submitted their Case Management Report on September 21, 2021 (Doc. 117). In section two of that Report, the parties had agreed to use Howard Tescher as their mediator.

2. On October 1, 2021, the Court entered an Order adopting the deadlines in the Parties' Case Management Report, with no reference to mediation or mediators. (Doc. 119)

3. In early October, Plaintiff Burt Wiand and Defendants Family Tree Estate Planning, LLC, Jason Wooten, Ronald Stevenson, Marketing Dynamics Inc., Tim Laduca, and American Financial Investments, LLC scheduled a mediation with mediator Tescher for November 1, 2021.

4. The Parties respectfully request that the mediation scheduled with mediator Tescher for November 1st be allowed to go forward. Further, the Parties request that if the November 1st mediation is successful, the mediation of the claims related to the remaining defendants be allowed to proceed with Mr. Tescher.

5. Counsel for Plaintiff has conferred with mediator Jonathan Koch and he has no objection to the relief sought herein.

6. The Parties are endeavoring to schedule a future mediation with Mr. Tescher within the timeframe set forth by the Court in its October 20, 2021 order but given the holidays respectfully request an extension of the mediation deadline until the end of February 2022.

Respectfully submitted,

| | |
|---|---|
| **/s/ Katherine C. Donlon** | **/s/ Robert D. Mitchell** |
| Katherine C. Donlon (FBN: 0066941) | Robert D. Mitchell |
| Johnson, Cassidy Newlon | (admitted *pro hac vice*) |
| & DeCort P.A. | Tiffany & Bosco, P.A. |
| 2802 N. Howard Avenue | 2525 E. Camelback, 7th Floor |
| Tampa, FL  33607 | Phoenix, Arizona 85016 |
| (813) 291-3300 | (602) 255-6000 |
| kdonlon@jclaw.com | rdm@tblaw.com |
| | |
| *Counsel for Plaintiff Burton Wiand, as Receiver* | *Counsel for Defendants American Financial Investments, LLC, American Financial Security, LLC, Family Tree Estate Planning, LLC, Tim Laduca, Marketing Dynamics Inc., Ronald Stevenson, Jason Wooten* |

| | |
|---|---|
| **/s/ John Hubbard** | **/s/ Frank R. Borger-Gilligan** |
| John Hubbard | Frank R Borger-Gilligan |
| Hubbard Snitchler & Parzianello PLC | (Admitted *pro hac vice*) |
| 5/3 Center at Mercato | Dickinson Wright |
| 999 Vanderbilt Beach Road, Ste 200 | 424 Church Street, Ste. 800 |
| Naples, FL 34108 | Nashville, TN 37219 |
| (239) 325-1802 | (615) 780-1106 |
| | fborgergilligan@dickinson-wright.com |
| *Counsel for J. Wellington and Jason Jodway* | *Counsel for Elliot Financial Group, Inc. and Todd Elliott* |
| | |
| **/s/ Robert C. Wright** | **/s/ Jeffrey M. Garber** |
| Robert C. Wright | Jeffrey Mark Garber |
| (admitted *pro hac vice*) | Ciklin Lubitz & O'Connell |
| Wright, L'Estrange & Ergastolo | 515 N Flagler Dr., 20th Floor |
| 402 West Broadway | West Palm Beach, FL 33401 |
| Suite 1800 | (561) 832-5900 |
| San Diego, CA 92101 | service@ciklinlubitz.com |
| 619-231-4844 | |
| rwright@wlelaw.com | *Counsel for J. Prickett Agency and Joe Prickett* |
| | |
| *Counsel for Defendants Joseph Financial Inc. and Bobby Armijo* | |

| | |
|---|---|
| **/s/ Allan Lerner** | **/s/ Andre Boniadi** |
| Allan Lerner | Andre Boniadi |
| Law Offices of Allan M. Lerner, PA | (Admitted *pro hac vice*) |
| 2888 E Oakland Park Blvd | Beitchman and Zekian, PC |
| Ft Lauderdale, FL 33306 | 16130 Ventura Blvd., #570 |
| (954) 563-8111 | Encino, CA 91436 |
| allan@lernerpa.com | (818) 986-9100 |
| | aboniadi@bzlegal.com |
| *Counsel for Defendants Live Wealthy Institute, LLC and Dale Tenhulzen* | Stephenie Biernacki Anthony |
| | Anthony & Partners, LLC |
| | 100 S. Ashley Drive, Suite 1600 |
| | Tampa, FL 33602 |
| | (813) 273-5613 |
| | santhony@anthonyandpartners.com |
| | |
| | *Agents Insurance Sales, Ernest Babbini, John Friedrichsen, Lifeline Innovations & Insurance Solutions LLC, John Marques, Ben Mohr, Barry Neal, Greg Talbot, Barry Wilken* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 27, 2021, I caused the foregoing to be filed with the Clerk of the court using the CM/ECF E-filing Portal which will provide notice of filing to all counsel of record.

I HEREBY FURTHER CERTIFY that I caused the foregoing to be served upon the individuals listed on the attached Service List in the manner indicated below.

                **/s/ Katherine C. Donlon**

## Service List
### *Burton Wiand v. Family Tree Estate Planning, LLC, et al.*
### 8:21-cv-0361-TPB-CPT

Seek Insurance Services, LLC
c/o James Gray
9015 W. Molly Lane
Peoria AZ 85383

James Gray
9015 W. Molly Lane
Peoria AZ 85383

Patrick Runninger
3961 E. Chandler Blvd., #111-369
Phoenix, AZ 85048

The Financial Group, LLC
c/o Patrick Runninger
3961 E. Chandler Blvd., #111-369
Phoenix, AZ 85048

Rokay Unlimited, LLC
c/o Anthony Spooner
829 St. James Lane
St. George, Utah 84790

Anthony Spooner
829 St. James Lane
St. George, Utah 84790

MASears LLC d/b/a Picasso Group
c/o United States Corporation Agents, Inc.
500 N Rainbow Road, Ste 300A
Las Vegas, NV 89107

DeAndre Sears
9400 Angelfish Drive
Las Vegas, NV 89117