# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BURTON WIAND, as Receiver for EquiAlt LLC, EquiAlt Fund, LLC, EquiAlt Fund II, LLC, EquiAlt Fund III, EA SIP, LLC,

    Plaintiff,

v.

FAMILY TREE ESTATE PLANNING, LLC, et al.,

    Defendants.

_____/

Case No.: 8:21-cv-0361-SDM-AAS

## PARTIES' AGREED MOTION TO EXTEND DEADLINE
## TO CONDUCT MEDIATION

Plaintiff Burton W. Wiand, as Receiver, ("Plaintiff") and Defendants hereby move the Court to extend the deadline for the parties to conduct a mediation in this case until March 10, 2022.

1. The Parties submitted their Case Management Report on September 21, 2021 (Doc. 117). In section two of that Report, the parties agreed to use Howard Tescher as their mediator with mediation to be completed by July 15, 2022.

2. On October 1, 2021, the Court entered an Order adopting the deadlines in the Parties' Case Management Report, with no reference to mediation or mediators. (Doc. 119).

3. In early October, Plaintiff and Defendants Family Tree Estate Planning, LLC, Jason Wooten, Ronald Stevenson, Marketing Dynamics Inc., Tim LaDuca, and American Financial Investments, LLC scheduled a mediation with mediator Tescher for November 1, 2021 ("November mediation").

4. On October 20, 2021, the Court entered an Order establishing a deadline to conduct mediation by January 28, 2022 and designating Jonathan Koch as the mediator. (Doc. 122) The Parties timely objected to the Order (Doc. 125) requesting that the Parties be allowed to continue with using mediator Tescher and extending the deadline to February 28, 2022.

5. The November mediation resulted in the settlement of claims with Mr. LaDuca and Marketing Dynamics.

6. Negotiations are ongoing with the help of mediator Tescher, with the other defendants who participated in the November mediation ("Remaining November Mediation Parties"). In part, the delay in the resolution of those claims is related to the fact that these Remaining November Mediation

Parties are also the subject of regulatory actions brought by the Arizona Corporations Commission ("ACC") and the Securities and Exchange Commission ("SEC"). The mediating parties acknowledged that it was most efficient to attempt to resolve all disputes involving those defendants, including any regulatory actions. Thus, both the SEC and the ACC participated in the November mediation.

7. As the Court is no doubt aware, regulatory agencies have their own timetable to negotiate settlements and have those settlements approved by the respective commissions. This has been one area of delay in meeting the Court's January 28, 2022 deadline.

8. In addition to the Remaining November Mediation Parties, there are other defendants in this case that are in similar situations, that is, they are the subject of regulatory actions brought by the SEC and/or the ACC – D'Andre Sears (MASears, LLC), Dale Tenhulzen (Live Wealthy Institute), Robert Armijo (Joseph Financial), Tony Spooner (Rokay Unlimited), and Patrick Runninger ("Regulatory Defendants").

9. Recently, on January 12, 2022, the Plaintiff successfully mediated with Todd Elliott and Elliott Financial and the ACC using mediator Tescher. The parties to that mediation are finalizing the settlement documents.

10. Given the settlements reached with Messrs. LaDuca and Elliott, Plaintiff is optimistic that negotiations with the other Regulatory Defendants will build on that groundwork with the regulators and mediator Tescher.

11. Counsel for Plaintiff and Defendants Ernest Babbini, John Marques (Lifeline Innovations), Greg Talbot, John Friedrichsen, Barry Wilken (Agents Insurance Sales), Barry Neal and Ben Mohr have been attempting to schedule a mediation in December and again in January. Given the number of parties and attorneys involved, it has been difficult. Counsel continues to work with mediator Tescher's office to schedule a mediation within the time frame as requested in this motion.

12. Finally, the Plaintiff has engaged in settlement discussions with Joe Prickett (J. Prickett Agency), James Gray (Seek Insurance Services), and Jason Jodway (Wellington Financial), resulting in a settlement with Prickett. Discussions are ongoing with Messrs. Jodway and Gray.

13. Based on the foregoing which sets out the Parties' efforts to schedule mediation in good faith, the Parties respectfully request that the Court extend the deadline to conduct mediation until March 10, 2022.

Respectfully submitted,

**/s/ Katherine C. Donlon**
Katherine C. Donlon
(FBN: 0066941)
Johnson, Cassidy, Newlon
& DeCort P.A.
2802 N. Howard Avenue
Tampa, FL 33607
(813) 291-3300
kdonlon@jclaw.com

*Counsel for Plaintiff Burton Wiand, as Receiver*

**/s/ Robert D. Mitchell**
Robert D. Mitchell
(admitted *pro hac vice*)
Tiffany & Bosco, P.A.
2525 E. Camelback, 7th Floor
Phoenix, Arizona 85016
(602) 255-6000
rdm@tblaw.com

*Counsel for Defendants American Financial Investments, LLC, American Financial Security, LLC, Family Tree Estate Planning, LLC, Tim LaDuca, Marketing Dynamics Inc., Ronald Stevenson, Jason Wooten*

**/s/ John Hubbard**
John Hubbard
Hubbard Snitchler & Parzianello PLC
5/3 Center at Mercato
999 Vanderbilt Beach Road, Ste 200
Naples, FL 34108
(239) 325-1802

*Counsel for J. Wellington and Jason Jodway*

**/s/ Frank R. Borger-Gilligan**
Frank R Borger-Gilligan
(Admitted *pro hac vice*)
Dickinson Wright
424 Church Street, Ste. 800
Nashville, TN 37219
(615) 780-1106
fborgergilligan@dickinson-wright.com

*Counsel for Elliot Financial Group, Inc. and Todd Elliott*

5

**/s/ Robert C. Wright**
Robert C. Wright
(admitted *pro hac vice*)
Wright, L'Estrange & Ergastolo
402 West Broadway
Suite 1800
San Diego, CA 92101
619-231-4844
rwright@wlelaw.com

*Counsel for Defendants Joseph Financial Inc. and Bobby Armijo*

**/s/ Allan Lerner**
Allan Lerner
Law Offices of Allan M. Lerner, PA
2888 E Oakland Park Blvd
Ft Lauderdale, FL 33306
(954) 563-8111
allan@lernerpa.com

*Counsel for Defendants Live Wealthy Institute, LLC and Dale Tenhulzen*

**/s/ James Gray**
James Gray
jdginsurance@yahoo.com
Seek Insurance Services, LLC
*(Pro Se Defendants)*
9015 W. Molly Lane
Peoria AZ 85383

**/s/ Patrick Runninger**
Patrick Runninger
prunninger@gmail.com
The Financial Group, LLC
*(Pro Se Defendants)*
3961 E. Chandler Blvd., #111-369
Phoenix, AZ 85048

**/s/ Anthony Spooner**
Anthony Spooner
tspooner@1federal.com
Rokay Unlimited, LLC
*(Pro Se Defendants)*
829 St. James Lane
St. George, Utah 84790

**/s/ Andre Boniadi**
Andre Boniadi
(Admitted *pro hac vice*)
Beitchman and Zekian, PC
16130 Ventura Blvd., #570
Encino, CA 91436
(818) 986-9100
aboniadi@bzlegal.com

Stephenie Biernacki Anthony
Anthony & Partners, LLC
100 S. Ashley Drive, Suite 1600
Tampa, FL 33602
(813) 273-5613
santhony@anthonyandpartners.com

*Agents Insurance Sales, Ernest Babbini, John Friedrichsen, Lifeline Innovations & Insurance Solutions LLC, John Marques, Ben Mohr, Barry Neal, Greg Talbot, Barry Wilken*

**/s/ DeAndre Sears**
DeAndre Sears
andresears@msn.com
MASears LLC d/b/a Picasso Group
*(Pro Se Defendants)*
9400 Angelfish Drive
Las Vegas, NV 89117

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2022, I caused the foregoing to be filed with the Clerk of the court using the CM/ECF E-filing Portal which will provide notice of filing to all counsel of record.

I HEREBY FURTHER CERTIFY that I caused the foregoing to be served upon the individuals listed on the attached Service List in the manner indicated below.

**/s/ Katherine C. Donlon**

## SERVICE LIST

*Burton Wiand v. Family Tree Estate Planning, LLC, et al.*
*Case No.: 8:21-cv-00361-SDM-AAS*

| | |
|---|---|
| James Gray **_and_** <br> Seek Insurance Services, LLC <br> 13702 W. Chaparosa Way <br> Peoria, AZ  85383 <br> jdginsurance@yahoo.com | Patrick Runninger **_and_** <br> The Financial Group, LLC <br> 3961 E. Chandler Blvd., #11-369 <br> Phoenix, AZ  85048 <br> prunninger@gmail.com |
| DeAndre Sears **_and_** <br> MASears LLC d/b/a Picasso Group <br> 9400 Angelfish Drive <br> Las Vegas, NV  89117 <br> andresears@msn.com | Anthony Spooner **_and_** <br> Rokay Unlimited, LLC <br> 829 St. James Lanie <br> St. George, UT  84790 <br> tspooner@1federal.com |