# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

BURTON WIAND, as Receiver,

    Plaintiff,                         Case No.: 8:21-cv-00361-SDM-AAS

v.

FAMILY TREE ESTATE PLANNING, LLC, et al.,

    Defendants.

_____/

## PLAINTIFF RECEIVER'S REPORT AND SUBMISSION OF PROPOSED FINAL JUDGMENTS

On March 24, 2023, this Court requested that the Plaintiff submit (1) a Report regarding the status of this action and (2) proposed final judgments against Robert Joseph Armijo, Joseph Financial, Inc., John Marques, Lifeline Innovation and Insurance Solutions, LLC, Patrick J. Runninger and The Financial Group (collectively "these Defendants"). The information requested is set forth below and the proposed judgments are attached hereto as Exhibit 1 (Armijo and Joseph Financial), Exhibit 2 (Marques and Lifeline), and Exhibit 3 (Runninger and The Financial Group).

## I. Status of Settlements with Other Defendants

As noted by the Plaintiff Receiver in his Notices of Partial Resolution (Docs. 129, 134, 136, 137, 138, 139, 173, 174, 179 and 230), the Receiver has resolved his claims with the following Defendants:

| Doc. | Defendant(s) |
|---|---|
| 129 | Tim LaDuca <br> Marketing Dynamics Inc. |
| 134 | Todd Elliott <br> Elliott Financial Group |
| 136 | Dale Tenhulzen <br> Live Wealthy Institute LLC |
| 137 | Jason Wootten <br> Family Tree Estate Planning LLC |
| 138 | Ronald F. Stevenson <br> American Financial Security, LLC <br> American Financial Investments, LLC |
| 139 | Anthony R. Spooner <br> Rokay Unlimited, LLC |
| 173 | Barry Neal |
|  | Barry Wilken <br> Agents Insurance Sales |
|  | Ernest C. Babbini |
|  | Greg Talbot |
|  | John Friedrichsen |
|  | Ben Mohr |
| 174 | Jason Jodway <br> J. Wellington Financial, LLC |
| 179 | DeAndre Sears <br> MASears LLC |
| 230 | James Gray <br> Seek Insurance Services, LLC |

These settlements are the subject of a motion for approval in the Receivership Court (8:20-cv-325-T-35MRM) filed on January 5, 2023. (Doc. 760) The Court in the Receivership case has preliminarily approved these settlements subject to a final hearing on those settlements (and other matters) on May 3, 2023. (Doc. 788) The Order preliminarily approving these settlements required any objections to be filed by April 3, 2023. No objections to these settlements were filed.

Additionally, the Receiver has resolved and dismissed his claims relating to Joe Prickett and J. Prickett Agency. (Doc. 135) Further, the Receiver has settled his claims with Edgar Lozano and GIA LLC ("Lozano Defendants"). (Doc. 57) The Lozano Defendants are continuing to make their settlement payments.

## II.   Status of SEC Settlements with and/or Monetary Judgments Against These Defendants

### a. *Robert Armijo and Joseph Financial, Inc.*

As noted in the Receiver's Notice of Supplemental Authority, the SEC filed its claim against Armijo and Joseph Financial in the Southern District of California. Case No. 3:21-cv-1107-TWR-AHG (S.D. Calif.) The Court in that case granted the SEC's Motion for Summary Judgment on March 8, 2023. *See* Exhibit 4.  However, the motion for summary judgment did not include a

3

request for specific remedies. It is anticipated that the SEC will be filing a separate motion for remedies in late April or May 2023.

### b. *John Marques and Lifeline Innovations & Insurance Solutions, LLC*

The SEC brought its case against Marques and Lifeline in the Northern District of California. Case No. 4:21-cv-09796-JST (N.D. Calif.). The Court granted the SEC's Motion for Default and Final Judgment on December 8, 2022. *See* Exhibit 5. Pursuant to that Order, Marques and Lifeline were held jointly and severally liable for $824,000 in disgorgement, prejudgment interest of $64,513, and a civil penalty of $100,000. *Id.* at 3.

### c. *Patrick Runninger and The Financial Group*

The SEC did not bring an action against Runninger and The Financial Group.

## III. Proposed Judgments

Plaintiff Receiver has attached proposed judgments against these Defendants as requested by the Court. Depending on the date of the entry of the judgments, Plaintiff provides the following pre-judgment interest calculations:

4

| Armijo | Prejudgment Interest | Principal Amount | Total |
|---|---|---|---|
| 3/24/2023 | $439,176.10 | $1,472,458.35 | $1,911,634.45 |
| 4/11/2023 | $443,612.04 | $1,472,458.35 | $1,916,070.39 |
| 4/12/2023 | $443,877.49 | $1,472,458.35 | $1,916,335.84 |
| 4/13/2023 | $444,142.94 | $1,472,458.35 | $1,916,601.29 |
| 4/14/2023 | $444,408.39 | $1,472,458.35 | $1,916,866.74 |
| 4/17/2023 | $445,204.74 | $1,472,458.35 | $1,917,663.09 |
| 4/18/2023 | $445,470.19 | $1,472,458.35 | $1,917,928.54 |
| 4/19/2023 | $445,735.64 | $1,472,458.35 | $1,918,193.99 |
| 4/20/2023 | $446,001.09 | $1,472,458.35 | $1,918,459.44 |
| 4/21/2023 | $446,266.49 | $1,472,458.35 | $1,918,724.84 |
|  |  |  |  |
| **Marques** | **Prejudgment Interest** | **Principal Amount** | **Total** |
| 3/24/2023 | $222,334.69 | $810,338.46 | $1,032,673.15 |
| 4/11/2023 | $224,775.89 | $810,338.46 | $1,035,114.35 |
| 4/12/2023 | $224,921.97 | $810,338.46 | $1,035,260.43 |
| 4/13/2023 | $225,068.05 | $810,338.46 | $1,035,406.51 |
| 4/14/2023 | $225,214.13 | $810,338.46 | $1,035,552.59 |
| 4/17/2023 | $225,652.37 | $810,338.46 | $1,035,990.83 |
| 4/18/2023 | $225,798.45 | $810,338.46 | $1,036,136.91 |
| 4/19/2023 | $225,944.53 | $810,338.46 | $1,036,282.99 |
| 4/20/2023 | $226,090.61 | $810,338.46 | $1,036,429.07 |
| 4/21/2023 | $226,236.75 | $810,338.46 | $1,036,575.21 |
|  |  |  |  |
| **Runninger** | **Prejudgment Interest** | **Principal Amount** | **Total** |
| 3/24/2023 | $61,952.87 | $271,134.15 | $334,392.62 |
| 4/11/2023 | $62,769.67 | $271,134.15 | $333,903.82 |
| 4/12/2023 | $62,818.55 | $271,134.15 | $333,952.70 |
| 4/13/2023 | $62,867.43 | $271,134.15 | $334,001.58 |
| 4/14/2023 | $62,916.31 | $271,134.15 | $334,050.46 |
| 4/17/2023 | $63,062.95 | $271,134.15 | $334,197.10 |
| 4/18/2023 | $63,111.83 | $271,134.15 | $334,245.98 |
| 4/19/2023 | $63,160.71 | $271,134.15 | $334,294.86 |
| 4/20/2023 | $63,209.59 | $271,134.15 | $334,343.74 |
| 4/21/2023 | $63,258.47 | $271,134.15 | $334,392.62 |

Respectfully submitted,

***/s/ Katherine C. Donlon***
Katherine C. Donlon, FBN 0066941
kdonlon@jclaw.com
JOHNSON, NEWLON &
DeCORT, P.A.
3242 Henderson Blvd., Ste 210
Tampa, FL 33609
Tel: (813) 291-3300
Fax: (813) 324-4629
*Attorneys for Plaintiff*
*Receiver Burton W. Wiand*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 10, 2023, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will send notification of electronic filing to all counsel of record. I further certify that on that same date, the following parties were served via email:

| | |
|---|---|
| James Gray **and** <br> Seek Insurance Services, LLC <br> 13702 W. Chaparosa Way <br> Peoria, AZ  85383 <br> jdginsurance@yahoo.com | Patrick Runninger **and** <br> The Financial Group, LLC <br> 3961 E. Chandler Blvd., #11-369 <br> Phoenix, AZ  85048 <br> prunninger@gmail.com |
| DeAndre Sears **and** <br> MASears LLC d/b/a Picasso Group <br> 9400 Angelfish Drive <br> Las Vegas, NV  89117 <br> andresears@msn.com | Anthony Spooner **and** <br> Rokay Unlimited, LLC <br> 829 St. James Lanie <br> St. George, UT  84790 <br> tspooner@1federal.com |
| John Marques **and** <br> Lifeline Innovation and Insurance Solutions, LLC <br> 10791 Inspiration Drive <br> Dublin, CA  94568 <br> Jmarques@live.com | |

　　　　　　　　　　　　　　　　　　　**/s/ Katherine C. Donlon**
　　　　　　　　　　　　　　　　　Attorney